**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SINTAYEHU SHIFERAW, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> iQIYI, Inc., YU GONG, and XIAODONG WANG, <br><br> Defendants. | No. 1:20-cv-03115-DLC <br><br> Judge Denise L. Cote <br><br> <u>CLASS ACTION</u> |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no Defendant in the above-captioned action *Shiferaw v. iQIYI, Inc.*, No. 1:20-cv-03115-DLC, brought before the United States District Court for the Southern District of New York, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Sintayehu Shiferaw hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

DATED:  June 15, 2020                                 Respectfully submitted,

*/s/ Francis P. McConville*

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
Francis P. McConville
David J. Schwartz
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com
dschwartz@labaton.com

*Attorneys for Plaintiff*